# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| CLINTON RIELY, | ) | |
|           Petitioner, | ) | |
| v. | ) | No. 1:10-cv-600-JMS-MJD |
| SUPERINTENDENT NEW CASTLE CORRECTIONAL FACILITY, | ) ) ) | |
|           Respondent. | ) | |

## Entry Concerning Selected Matters

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The court's Entry of January 12, 2012, properly applied and explained the holding of *Gonzalez v. Crosby,* 545 U.S. 524 (2005), to the petitioner's post-judgment motion filed on December 30, 2012. Accordingly, the petitioner's motion to reconsider that ruling [47] is **denied**. *Harrington v. City of Chicago,* 433 F.3d 542, 546 (7th Cir. 2006)("Altering or amending a judgment under Rule 59(e) is permissible when there is newly discovered evidence or there has been a manifest error of law or fact.")(citing *Bordelon v. Chicago Sch. Reform Bd. of Trs.,* 233 F.3d 524, 529 (7th Cir. 2000)).

2. A copy of the petitioner's filing of January 24, 2012, shall be included with the petitioner's copy of this Entry.

3. The petitioner shall cease the practice of including as exhibits or submitting in any other fashion materials which have already been filed or issued in this case.

**IT IS SO ORDERED.**

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Date: 01/25/2012

**Note to Clerk: Processing this document requires actions in addition to docketing and distribution.**

**Distribution:**

**Clinton Riley**
**No. 111204**
**New Castle Correctional Facility**
**1000 Van Nuys Road**
**New Castle, IN 47362**

**james.martin@atg.in.gov**